**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JUN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IOKEPA K. LEIALOHA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY; FRED HYUN; KRAMER MAHOE, Cramer Mahoe; AUAU, ACO; Don Auau; TABAR, ACO; KYLE WISE, ACO, Kyle Fernandez-Wise; KAHAPEA, Lt.; SAM KAEO, Sgt.; CHONG, Sgt.; SANCHEZ, ACO; ALO, ACO, Andy Ahuna Alo-Faituli; LEE, ACO, Robert Lee; SUGITAN, Sgt., Ernest Suguitan, <br><br> Defendants-Appellees. | No. 22-16430 <br><br> D.C. No. 1:21-cv-00411-JAO-RT <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Jill Otake, District Judge, Presiding

Submitted May 29, 2024**

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Iokepa K. Leialoha appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various constitutional claims that arose while he was a Hawaii state prisoner. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to prosecute. *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002). We affirm.

The district court did not abuse its discretion in dismissing Leialoha's action after Leialoha failed to appear for two case management conferences and then failed to respond to an order to show cause. *See id.* at 642-43 (factors to be considered under Federal Rule of Civil Procedure 41(b) in determining whether to dismiss for failure to prosecute or failure to comply with a court order); *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (litigants bear the burden to provide a valid mailing address to receive court communications).

**AFFIRMED.**

22-16430